# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00782-CV

**Uptown Cars, Inc., Appellant**

**v.**

**Newcastle Management Trust and Jerry Landers, Appellees**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-16-000432, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Uptown Cars, Inc., filed a notice of appeal on October 30, 2019, after the district court signed an order on cross-motion for summary judgment. Subsequently, Newcastle Management Trust and Jerry Landers filed motions to modify the district court's order. For that reason, Uptown Cars, Inc., has filed an unopposed motion to suspend the deadline for filing the clerk's record and all appellate deadlines until the district court has ruled on the motions to modify. We grant the motion. *See* Tex. R. App. P. 2. Accordingly, we suspend all appellate deadlines and abate this appeal until the parties have notified us that the district court has ruled on the motions to modify. Upon receiving notification from the parties, this Court will reinstate the appeal, and the applicable appellate deadlines will start to run from the day of reinstatement.

Before Justices Goodwin, Baker, and Kelly

Abated

Filed:   December 18, 2019